UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STEVEN BOWDRY, | Case No. 22-cv-01012-JST |
|---|---|
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL UPON SETTLEMENT** |
| BMW NORTH AMERICA, LLC, | Re: ECF No. 59 |
| Defendant. | |

The parties have filed a notice of settlement. ECF No. 59. Accordingly, any scheduled hearings or deadlines are vacated, and this matter is dismissed with prejudice. The Clerk shall close the file.

This order will be vacated if any party, after meeting and conferring with opposing parties, files a notice that settlement has not occurred within 90 days of the date of this order.

**IT IS SO ORDERED**.

Dated: August 28, 2023

_____
JON S. TIGAR
United States District Judge